**IN THE UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| HASAN ALI KESHWANI and GEMIA MICHELLE MCFARLIN,<br>Plaintiff(s)<br>v.<br><br>TODD BLANCHE, et al.<br>Defendants. | Civil Action No. 1:26-cv-03063-ELR |

**ORDER**

Upon the notice of Plaintiffs' Moton for Extension of Time for Service of Process Upon Defendant U.S. Citizenship and Immigration Services ("USCIS") filed by Plaintiffs' Attorney, IT IS HEREBY ORDERED that the Plaintiffs' Motion for Extension of Time for Service of Process Upon Defendant USCIS is GRANTED and the time for service is extended until September 1, 2026.

The deadline for service of process upon Defendant USCIS is hereby extended, *nunc pro tunc*, through September 1, 2026, and Plaintiffs' service upon SUCIS completed on September 1, 2026 is deemed timely.

So ORDERED this 5th day of October, 2026.

Eleanor L. Ross
United States District Judge